UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHY MOTTLEY,

Plaintiff,

- against -

SENSIO INC.,

Defendant.

26-cv-7054 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **December 16, 2026**. If service is not made by December 16, 2026, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:** New York, New York
November 23, 2026

John G. Koeltl
United States District Judge